DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JESSICA ERINE MOUNT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D16-3862

[October 19, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case No. 2015CF010249AMB.

Carey Haughwout, Public Defender, and Paul Edward Petillo, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and James J. Carney, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and LEVINE, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***